# EXHIBIT Q

Travis,

Base on your assumption and the newness of it all...I will not take action on this, unless you wish me to...if she was "just telling you she signed the form"...and has no more contact...then our job is completed...if she makes further contact, I will start the conduct process...

And seriously...if you want it to start now...it will...she clearly violated the code of conduct by even coming over to tell you...

Let me know how you are feeling about this...I will support you in any way I can...

Lee

Dr. J. Lee Peters
Vice President for Student Affairs
University of Hartford
200 Bloomfield Ave
West Hartford, CT 06117
P: 860-768-4285
F: 860-768-4554
lpeters@hartford.edu

----- Original Message -----
From: Travis Tucker
To: Lee Peters
Cc: golden@hartford.edu ; Marcia Moen ; mckenna@hartford.edu
Sent: Thursday, May 27, 2010 12:11 PM
Subject: Re: CONFIDENTIAL: ▮▮▮▮

She just visited my class after meeting with you, so I don't know if her signature carries any weight in her mind. Perhaps it was just to tell me that she signed the form.

On Thu, May 27, 2010 at 11:24 AM, Lee Peters <lpeters@hartford.edu> wrote:
> Hello All...
>
> I just had a meeting with ▮▮▮▮, and clearly explained the situation to her...she had received Dr. Tucker's letter, but I could not figure out if she received it before or after her interaction during his class on Tuesday. At any rate, she signed the attached document and I have a copy of it on file in my office. If she continues to harass Dr. Tucker in person, PS should be called if she refuses to leave...if she continues to leave messages or emails or texts, Dr. Tucker should not respond, but forward to me such that I can commence conduct action.
>
> Her current address (for the mailing of the test) is ▮▮▮▮
>
> I am sorry that Dr. Tucker had to go through this...let me know if I can be of any further assistance.
>
> Lee
>
> Dr. J. Lee Peters
> Vice President for Student Affairs