# EXHIBIT S

# University of Hartford
## PUBLIC SAFETY DEPARTMENT----CASE/INCIDENT REPORT

TBE

| 1 TYPE OF INCIDENT OR OFFENSE | 2 REPORTING OFFICER –POST | 3 INCIDENT CODE | 4 CASE NUMBER |
|---|---|---|---|
| FAILURE TO CO-OPERATE | RAMSUCHIT- 50 | 05-C | 10-08-030 |
| 5 LOCATION | 6 DATE → REPORTED ← TIME | 7 DATE → OCCURRED ← TIME | |
| BATES HOUSE | 08.19.10 - 1018 | 08.19.10 - 1018 | |
| 9 VEHICLE #1/INSURANCE CO./POLICY # | 10 STATE/TYPE/REG. # | 11 YEAR/COLOR | 12 VEHICLE MAKE |
| 13 VEHICLE #1/INSURANCE CO./POLICY # | 14 STATE/TYPE/REG. # | 15 YEAR/COLOR | 16 VEHICLE MAKE |

| 17 | 18 LAST, FIRST NAME | 19 SS#/DOB | 20 ADDRESS/DEPARTMENT/PHONE #/ETC |
|---|---|---|---|
| C | CICCARELLI SHANE | ON FILE | ASSOCIATE DIR - OFFICE OF ADMISSION. 860-768-4372 |
| E | STILLAGON MARY | ON FILE | RECEPTIONIST - BATES HOUSE 860-768-4372 |
| Y | [redacted] | | [redacted] |

17 (STATUS CODES): A=ARRESTED  C=COMPLAINTANT  E=STAFF  I=INTERVIEWED  K=FACULTY  O=OTHER
P=POLICE  S=STUDENT  V=VICTIM  W=WITNESS  X=PUBLIC SAFETY  Y=VISITOR

**NARRATIVE:**

On Thursday 08.19.10 at 1018 hrs. I was dispatched to Bates House and see Shane Ciccarelli concerning a failure to co-operate incident.

Crime Prevention Specialist Luis Natal and I arrived and met with Shane Ciccarelli who is the Associate Director - Office of Admission. Mr Ciccarelli stated that a female who is not a student, by the name [redacted] was told many times not to come in at Bates House only to take coffee. She was told by Ciccarelli in a polite manner that this is not a coffee house but a place of business. [redacted] stated to Mr Ciccarelli that she understood & every time he spoke to her.

| 21 PHOTO Y or N | 24 DISTRIBUTION OF REPORT [ ]FAC [ ] OSC [ ] ORL [ ] HIPAA | 25 OFFICER'S SIGNATURE | 28 CASE STATUS |
|---|---|---|---|
| 22 POLICE REPORT Y or N | [ ] LAN [ ] HS [ ] CAPS [ ] ARA [ ] HAS [ ] A&S [ ] HARTT [ ] AJ | 26 SUPERVISOR'S APPROVAL #37 | 29 TYPIST |
| 23 DAY-TIME (MINS) THUR.- 60 | [ ] SA [ ] GC [ ] PS [ ] | 27 VALUE OF LOSS/THEFT $ N/A | 30 PAGE 1 OF 2 |

Ciccarelli

☐ SUPPLEMENT
☑ CONTINUATION
CASE # 10·08·030
DATE 08·19·10

▇▇▇▇▇ repeatedly disregard Mr Cicarelli and warning and showed up at Bates House for coffee. I spoke with Mary Stillagan who is the Receptionist who stated that every time ▇▇▇▇▇ showed up for coffee she made her feel uneased. She said that ▇▇▇▇▇ always talked to herself and mention words like "Kill my Mother and Babies." Upon arrival at Bates House ▇▇▇▇▇ had already departed off campus. Mr Natal and Cpl Johnson caught up with her at Bloomfield Ave and issued her a P.N.G - Persona Non Grata, banding & her for the entire Campus for one year. P.N.G - form attached to case per report with her photo. Mr. Cicarelli was advised.

OFFICER _____ BADGE # 3?
SUPERVISOR _____ BADGE # ___

PAGE 2 OF 2

CONFIDENTIAL      DEF 001263



 **UNIVERSITY OF HARTFORD**
DEPARTMENT OF PUBLIC SAFETY
Notice of Persona Non Grata Status

| Case Number | Case Report Date | Case Report Time |
|---|---|---|
| 10-08-030 | 8-19-10 | 1030 |

| Name (Last, First, MI) | | Date of Birth |
|---|---|---|
| | | |

| Address (Number, Street, City, State, Zip) | Phone |
|---|---|
| | |

| Race | Gender | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| | | | | | |

**Incident Location**

BATES HOUSE

| Photo Taken | Taken By | Date | Time |
|---|---|---|---|
| Y (N) | N/A | N/A | N/A |

| Judicial Referral | Police Report | Police Agency and Case Number |
|---|---|---|
| Y (N) NA | Y (N) | N/A |

**Restriction – All Properties**

Prohibited from all properties owned and/or controlled by the University of Hartford, including but not limited to:
- Main campus, 200 Bloomfield Avenue, West Hartford, CT.
- Asylum Avenue Campus, 1265 Asylum Avenue, Hartford, CT.
- Performing Arts Center 1530 Albany Avenue & 35 Westbourne Parkway, Hartford, CT.

**Restriction – Other: Specify Location(s)**

ENTIRE CAMPUS

| Restriction Begin Date | Restriction End Date |
|---|---|
| 8-19-10 | 8-19-11 |

**NOTICE:** This is to advise you that you are prohibited and restricted from being on University of Hartford property. If you are found Ion University property in violation of this restriction you will be subject to arrest under Connecticut General Statute 53a-107, Criminal Trespass In the First Degree.

| Signature | Date |
|---|---|
| | 8-19-10 |

| Issued By |
|---|
| CPL. STEVEN JOHNSON |

DPS FORM 27

CONFIDENTIAL        DEF 001267